RECEIVED
OCT 23 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DOLLY ANTHONY GARY | CIVIL ACTION 1:17-CV-00865 |
| VERSUS | JUDGE DRELL |
| GARY JONES, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Gary's action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. rule 41(b).

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 23RD day of October, 2017.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT